IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00266-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANNA MARIA RODRIGUEZ | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion to permit the filing of her sentencing memorandum under seal. (Doc. No. 215).

For the reasons stated in the motion, the Court finds the defendant has established a compelling interest to seal the sentencing memorandum and supporting documentation. In re Time, Inc., et al., 182 F.3d 270, 271-272 (4th Cir. 1999).

Local Criminal Rule 32.5(c) requires that sentencing memoranda be filed not later than seven (7) days before the sentencing hearing. Since this matter is scheduled for sentencing on May 29, 2018, the defendant should address any reason why the Court should accept her late-filed materials for consideration under 18 U.S.C. § 3553(a).

**IT IS, THEREFORE, ORDERED** that, pursuant to L. Cv. R. 6.1 and L. Cr. R. 32.5(d) and 49.1.1 the defendant's motion, (Doc. No. 215), is **GRANTED**, and the sentencing memorandum and supporting documentation may be filed under seal with access to only the defendant and the government pending further order of the Court.

Signed: May 24, 2018

Robert J. Conrad, Jr.
United States District Judge